**Fill in this information to identify the case:**

Debtor 1    Joyce Butera _____

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number   1:19-bk-04343-HWV _____

Official Form 410S1

# Notice of Mortgage Payment Change                          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BSI Financial Services _____

**Court claim no**. (if known): 3-2 _____

**Last 4 digits** of any number you use to identify the debtor's account:      3    5    5    1

**Date of payment change:**
Must be at least 21 days after date of this notice       11/01/2020 _____

**New total payment:**
Principal, interest, and escrow, if any       $ _____ 493.31

| Part 1: | Escrow Account Payment Adjustment |
|---------|-----------------------------------|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ _____ 161.54        **New escrow payment:**   $ _____ 159.89

| Part 2: | Mortgage Payment Adjustment |
|---------|-----------------------------|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** _____ %        **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____        **New principal and interest payment:** $ _____

| Part 3: | Other Payment Change |
|---------|----------------------|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____        **New mortgage payment:** $ _____

Case 1:19-bk-04343-HWV   Doc    Filed 10/09/20   Entered 10/09/20 12:16:00   Desc
Main Document    Page 1 of 5

    <small>First Name        Middle Name        Last Name</small>

---

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ **/s/ Michelle R. Ghidotti-Gonsalves, Esq.**      Date   <u>10/09/2020</u>

    <small>Signature</small>

Print:      Michelle R. Ghidotti-Gonsalves      Title   Authorized Agent for Secured Creditor

                <small>First Name        Middle Name        Last Name</small>

Company     Ghidotti Berger, LLP

Address      1920 Old Tustin Avenue

                <small>Number          Street</small>

                Santa Ana         CA     92705

                <small>City               State     ZIP Code</small>

Contact phone    949-427-2010         Email   bknotifications@ghidottigberger.com

## CERTIFICATE OF SERVICE

On October 9, 2020, I served the foregoing document described as *Notice of Mortgage Payment Change* on the following individuals by electronic means through the Court's ECF program:

### COUNSEL(S) FOR DEBTOR(S)

Gary J Imblum     gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com, carol.shay@ecf.inforuptcy.com, sharlene.miller@ecf.inforuptcy.com, bernadette.davis@ecf.inforuptcy.com, gary.j.imblum@ecf.inforuptcy.com, imblumgr82281@notify.bestcase.com

### TRUSTEE(S) / TRUSTEE(S) COUNSEL(S)

Charles J DeHart, III     TWecf@pamd13trustee.com
US Trustee     ustpregion03.ha.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker

On October 9, 2020, I served the foregoing documents described as *Notice of Mortgage Payment Change* on the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, Florida enclosed in a sealed envelope, with postage paid, addressed as follows:

*Debtor*
**Joyce Butera**
497 New Street
Lebanon, PA 17046

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker



**BSI Financial Services**

# Annual Escrow Account Disclosure Statement

314 S. Franklin Street, 2nd Floor
P.O. Box 517
Titusville, PA 16354
1-800-327-7861
https://myloanweb.com/BSI

011

ACCOUNT NUMBER: ████████

DATE: 09/11/20

4 

JOYCE A BUTERA
497 NEW ST
LEBANON, PA 17046

PROPERTY ADDRESS
497 NEW ST
LEBANON, PA 17042

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING 11/01/2020 THROUGH 10/31/2021.

### -------- ANTICIPATED PAYMENTS FROM ESCROW 11/01/2020 TO 10/31/2021 ---------

| | |
|---|---|
| HOMEOWNERS INS | $553.00 |
| CITY | $483.80 |
| SCHOOL | $861.13 |
| TOTAL PAYMENTS FROM ESCROW | $1,897.93 |
| MONTHLY PAYMENT TO ESCROW | $158.16 |

### ------ ANTICIPATED ESCROW ACTIVITY 11/01/2020 TO 10/31/2021 ---------

| | ANTICIPATED PAYMENTS | | | ESCROW BALANCE COMPARISON | |
|---|---|---|---|---|---|
| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | REQUIRED |
| | | | STARTING BALANCE --> | $611.79 | $632.65 |
| NOV | $158.16 | | | $769.95 | $790.81 |
| DEC | $158.16 | | | $928.11 | $948.97 |
| JAN | $158.16 | | | $1,086.27 | $1,107.13 |
| FEB | $158.16 | | | $1,244.43 | $1,265.29 |
| MAR | $158.16 | | | $1,402.59 | $1,423.45 |
| APR | $158.16 | $483.80 | CITY | $1,076.95 | $1,097.81 |
| MAY | $158.16 | | | $1,235.11 | $1,255.97 |
| JUN | $158.16 | | | $1,393.27 | $1,414.13 |
| JUL | $158.16 | | | $1,551.43 | $1,572.29 |
| AUG | $158.16 | $553.00 | HOMEOWNERS INS | $1,156.59 | $1,177.45 |
| | | $861.13 | SCHOOL | L1-> $295.46 | L2-> $316.32 |
| SEP | $158.16 | | | $453.62 | $474.48 |
| OCT | $158.16 | | | $611.78 | $632.64 |

### --------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE --------

IF THE ANTICIPATED LOW POINT BALANCE (L1) IS LESS THAN THE REQUIRED BALANCE (L2), THEN YOU HAVE AN ESCROW SHORTAGE. **YOUR ESCROW SHORTAGE IS $20.86.**

### CALCULATION OF YOUR NEW PAYMENT

| | |
|---|---|
| PRIN & INTEREST | $333.42 |
| ESCROW PAYMENT | $158.16 |
| SHORTAGE PYMT | $1.73 |
| **NEW PAYMENT EFFECTIVE 11/01/2020** | **$493.31** |
| YOUR ESCROW CUSHION FOR THIS CYCLE IS $316.32. | |

********** Continued on reverse side ************

**Escrow Payment Options**

I understand that my taxes and/or insurance has increased and that

********** **Continued from front** **********

---

| ACCOUNT HISTORY |
| --- |

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING 11/01/2019 AND ENDING 10/31/2020. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEGING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT. THIS STATEMENT IS INFORMATION ONLY AND REQUIRES NO ACTION ON YOUR PART.

YOUR PAYMENT BREAKDOWN AS OF 11/01/2019 IS:

```
PRIN & INTEREST                                $333.42
ESCROW PAYMENT                                 $156.86
SHORTAGE PYMT                                    $4.68
BORROWER PAYMENT                               $494.96
```

| MONTH | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | | ESCROW BALANCE | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | ACTUAL | DESCRIPTION | PRIOR PROJECTED | ACTUAL |
| | | | | | STARTING BALANCE | $627.49 | $4,589.91- |
| NOV | $156.86 | $0.00 * | | | | $784.35 | $4,589.91- |
| DEC | $156.86 | $0.00 * | | | | $941.21 | $4,589.91- |
| JAN | $156.86 | $0.00 * | | | | $1,098.07 | $4,589.91- |
| FEB | $156.86 | $0.00 * | | | | $1,254.93 | $4,589.91- |
| MAR | $156.86 | $0.00 * | | | | $1,411.79 | $4,589.91- |
| APR | $156.86 | $0.00 * | $483.80 | | CITY | $1,084.85 | $5,073.71- |
| APR | | | | $483.80 | CITY | | |
| MAY | $156.86 | $0.00 * | | | | $1,241.71 | $5,073.71- |
| JUN | $156.86 | $0.00 * | | | | $1,398.57 | $5,073.71- |
| JUL | $156.86 | $0.00 * | | $553.00 * | HOMEOWNERS INS | $1,555.43 | $5,626.71- |
| AUG | $156.86 | $0.00 * | $531.00 | | HOMEOWNERS INS  T-> | $313.72  A-> | $6,487.84- |
| AUG | | | | $861.13 * | SCHOOL | | |
| AUG | | | $867.57 | | SCHOOL | | |
| SEP | $156.86 | $0.00 | | | | $470.58 | $6,487.84- |
| OCT | $156.86 | $0.00 | | | | $627.44 | $6,487.84- |
| | $1,882.32 | $0.00 | $1,882.37 | $1,897.93 | | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS $313.72. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS $6,487.84-.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

## Determining your Shortage or Surplus
**Shortage**:
Any shortage in your escrow account is usually caused by one the following items:
- An increase, if any, in what was paid for insurance and/or taxes from your escrow account.
- A projected increase in taxes for the upcoming year.
- The number of months elapsed from the time of these disbursements to the new payment effective date.

Shortages are divided evenly of the next twelve months. To reduce the increase in your monthly payment, the shortage can be paid either partially or in full.

**Surplus**:
A surplus in your escrow account is usually caused by one the following items:
- The insurance/taxes paid during the past year were lower than projected.
- A refund was received from the taxing authority or insurance carrier.
- Additional funds were applied to your escrow account.

If your surplus is $50.00 or greater and your loan was contractually current at the time when the analysis was run or calculated, a check will be sent to you. If your surplus is less than $50.00, the funds will be retained in your escrow account.